File Hashes for IP Address 71.239.135.107

**ISP:** Comcast Cable
**Physical Location:** Midlothian, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/02/2013 13:58:29 | F24892FB45F1A451482A13409A99ECCC9BC42A30 | Angie VIP Lounge |
| 04/02/2013 13:58:19 | CB46BDBE7C79E2851EBE05D3E831835D524B3C32 | Photo Fantasy |
| 03/31/2013 17:42:40 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |
| 03/31/2013 15:54:51 | 724B8093D246C7D4EFE6D66FE478F55FBDCAB352 | Wild at Heart |
| 03/17/2013 18:43:56 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 03/17/2013 15:37:35 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 03/17/2013 14:55:04 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 03/17/2013 14:16:45 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 03/17/2013 13:40:34 | 88C8210E8F6FB709226103A0F25855F07BA3E19E | A Little Rain Must Fall |
| 03/17/2013 13:40:05 | F94BD51BD55D9F8EB91969DB6C3BEC395FB3F305 | Invisible |
| 03/17/2013 13:31:54 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |
| 03/17/2013 13:21:55 | 16411075DCA68C596FA436532AD5E4BC67C2980C | A Girl Like You |
| 03/12/2013 18:38:12 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 03/12/2013 17:32:10 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 03/12/2013 17:23:51 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 03/12/2013 16:54:11 | 98DE457F485C12DBD49609127F6CB2CBBE0E082F | Deep Longing |
| 03/12/2013 16:23:02 | 417D14B60BA217366404117090E2971CFB464423 | Perfect Lovers |
| 03/12/2013 16:09:41 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 03/12/2013 15:48:10 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 03/12/2013 15:21:30 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 03/12/2013 15:18:00 | 7F026F98870E8811AE9CDE0FA1D9D2B2682E9FCD | Afternoon Snack |
| 03/12/2013 15:16:50 | 5BDD74031842A0D4A6F3C19599D0D18F5732ABE4 | Constance Aaron X–Art on TV |
| 03/12/2013 15:08:32 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |

EXHIBIT A

NIL90

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/12/2013 14:50:50 | D847B503DC06820BFE08A4DF2BD9CBAF7C5D1C31 | Two Boys and a Girl |
| 03/12/2013 14:36:40 | 554F315ECA9DB806CD79460F582D03880FCA3A5A | The Ultimate Blowjob |
| 03/12/2013 14:16:48 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |
| 03/12/2013 14:06:23 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 03/12/2013 14:02:30 | 6A95B76DE0780E8FF2DC3C5DAFA52640C195CFE3 | Apartment in Madrid |
| 03/12/2013 13:57:20 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |

**Total Statutory Claims Against Defendant: 29**

EXHIBIT A

NIL90